UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:98-M-380

UNITED STATES OF AMERICA )
 )
v. ) ORDER ALLOWING DISMISSAL OF
 ) CRIMINAL INFORMATION AND
WILLIAM L. SIMMONS ) WITHDRAWAL OF ARREST WARRANT
 )

FILED
SEP 17 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Leave of court is granted for the filing of the foregoing dismissal.

9-17-2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE